UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LONNIE HANEY #653382,

      Plaintiff,

                                    File no: 1:22-cv-33

v.

                                      HON. ROBERT J. JONKER

JEFFREY S. GETTING,

      Defendant.

                             /

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on January 26, 2022 (ECF No. 4).  The Report and Recommendation was duly served on the parties.    No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 4) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

**IT IS FURTHER ORDERED** that Plaintiff is denied a certificate of appealability.

The Court discerns no good-faith basis for appeal of this matter.   *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Dated: _____March 2, 2022_____     _/s/ Robert J. Jonker_____
                                       ROBERT J. JONKER
                                       CHIEF UNITED STATES DISTRICT JUDGE